

# NUMBER 13-24-00523-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF L.R.L., A CHILD

---

## ON APPEAL FROM THE COUNTY COURT AT LAW
## OF WALKER COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and Fonseca
### Memorandum Opinion by Justice Fonseca

This matter is before the Court on appellant's unopposed motion to dismiss appeal.[1] The appellant requested that this appeal be dismissed.

The Court, having considered appellant's unopposed motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's unopposed motion to dismiss is granted, and the appeal is hereby dismissed.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
1st day of May, 2025.